SAMUEL DAVIS v. NEW YORK FURNITURE EXCHANGE ASSOCIATION, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS ZACK v. JEREMIAH ZADO NOORIAN and Others and EQUITABLE CASUALTY AND SURETY COMPANY.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BESSIE BALSAM v. GRAPHIC REALTY CORPORATION. ISIDORE BALSAM v. GRAPHIC REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MENDEL APOTHEKER v. H. KERTZNER Co., INC., Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILHELMINA SCHMITT v. WALLYS AUTO SERVICE, INC.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE 665 FIFTH AVENUE COMPANY, INC., v. LEWIS E. MACOMBER.— Application granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BEST & Co., INC., v. MYRON NATHAN and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LEON POLLAKOFF v. BERNARD WINTHROP.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of an Application for Letters of Administration with the Will Annexed in the Estate of SOLOMON SCHINASI, Deceased. In the Matter of an Application for Letters of Administration with the Will Annexed in the Estate of BETTI SCHINASI, Deceased.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MARTHA E. ARMSTRONG v. ROGDON HOLDING CORPORATION and Others.— Motion granted to the extent of staying all proceedings on the part of the plaintiff pending the determination by this court of the appeal taken by the defendants from an order of the Supreme Court, New York county, entered on March 25, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LEO L. LOWY v. S. K. F. INDUSTRIES, INC., and Others.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ABRAHAM B. WERNOW v. WILLIAM L. ROVNER, as President of Columbus Circle Taxi Group, etc.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MARTHA BRADIE v. HERBERT DAVIS, Impleaded, etc.— Motion granted on condition that appeal be argued or submitted on April 17, 1931, if possible, and in no event later than May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.